**FILED** JAN 2 9 2004

Magistrate Judge Edward A. Bobrick
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**04CR0109**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 03 CR |
| ) | Judge |
| JOSE DELGADILLO ) | Title 29, United States Code |
| ) | Sections 439(a) and 501(c). |

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE

COUNT I

The SPECIAL AUGUST 2003-2 Grand Jury charges:

1. At all times material to this indictment

(A) United Auto Workers AFL-CIO, Local 1066, (the "Union"), was a labor organization engaged in an industry affecting commerce.

(B) Defendant JOSE DELGADILLO (DELGADILLO) was the Union's treasurer. In his capacity as union treasurer, defendant DELGADILLO had access to and control over union funds which were maintained in an account at Charter One Bank, Chicago, Illinois. Defendant DELGADILLO had the authority to make deposits to the Union's bank account and to write checks on behalf of the Union, for Union matters only.

2. From on or about October 4, 2002 and continuing to on or about February 24, 2003, at Chicago, Illinois and elsewhere in the Northern District of Illinois, Eastern Division,

JOSE DELGADILLO,

defendant herein, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use moneys and funds of a labor organization of which he was an officer, specifically, $12,185.62 from the Union's treasury, by writing checks payable to himself and then converting the Union's funds to his own use, all without

the knowledge and consent of the Union,

In violation of Title 29, United States Code, Section 501(c).

COUNT II

The SPECIAL AUGUST 2003-2 Grand Jury further charges:

1. At all times material to this indictment, United Auto Workers AFL-CIO, Local 1066, (the "Union"), was a labor organization engaged in an industry affecting commerce.

2. On or about February 24, 2003, at Chicago and elsewhere in the Northern District of Illinois,

JOSE DELGADILLO,

defendant herein, did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, defendant forged the signature of a Union Officer on UAW Local 1066 Check No. 5451, a record on matters required to be reported in the annual financial report of Local 1066, United Auto Workers, AFL-CIO, required to be filed with the Secretary of Labor, all in violation of Title 29, United States Code, Section 439(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

JOSE DELGADILLO

**INDICTMENT**

Violations: Title 29, United States Code, Sections 439(a) and 501(c)

A true bill.

_____
Foreman

Filed in open court this ___JAN 29 2004___, A.D. 19___

**MICHAEL W. DOBBINS**
Clerk
_____
Deputy Clerk

Bail, $ _____